EXHIBIT 1

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

STATE OF MICHIGAN
JUDICIAL DISTRICT
37th JUDICIAL CIRCUIT
COUNTY PROBATE

ALLEN L. GARBRECHT
SUMMONS AND COMPLAINT

CASE NO.
11-1546 CZ

Court address
161 E. Michigan Ave., Battle Creek, MI 49014

Court telephone no.
(269) 969-6518

Plaintiff's name(s), address(es), and telephone no(s).
RANDY MITCHELL

v

Defendant's name(s), address(es), and telephone no(s).
PITT OHIO EXPRESS, LLC

RES. AGENT: CSC- LAWYERS INCORPORATING SERVICE (COMPANY)
601 ABBOTT ROAD, EAST LANSING, MI 48823

Plaintiff's attorney, bar no., address, and telephone no.
WILLIAM F. PIPER, PLC, William F. Piper (P38636)
3275 Cooley Court, Suite 160
Portage, MI 49024
(269) 321-5008
wpiper@wpiperlaw.com

**SUMMONS** **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| 5-16-2011 | 8-15-2011 | ANNE B. NORLANDER |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in ______________________ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ______________________ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Calhoun County | Calhoun County |

Place where action arose or business conducted
Calhoun County

05/10/2011
Date

[signature]
Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (3/08) **SUMMONS AND COMPLAINT** MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

**PROOF OF SERVICE**

**SUMMONS AND COMPLAINT**
Case No.

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE**

| ☐ OFFICER CERTIFICATE | OR | ☐ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I served personally a copy of the summons and complaint.
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with
List all documents served with the Summons and Complaint
37th Judicial Circuit of Michigan Mediation Packet
Calhoun Co. Scheduling packet on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Mileage fee | Total fee |
|---|---|---|---|
| $ | | $ | $ |

Signature

Name (type or print)

Title

Subscribed and sworn to before me on ____________ (Date), ____________ County, Michigan.

My commission expires: ____________ (Date) Signature: ____________ Deputy court clerk/Notary public

Notary public, State of Michigan, County of ____________

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of the summons and complaint, together with ____________ (Attachments)

____________ on ____________ (Day, date, time)

____________ (Signature) on behalf of ____________.

STATE OF MICHIGAN
IN THE
37th CIRCUIT FOR THE COUNTY OF CALHOUN

| | |
|---|---|
| RANDY MITCHELL, an individual | HON.: ALLEN L. GARBRECHT |
| Plaintiff | FILE NO.: 11-1546 CZ |
| v | **COMPLAINT** |
| PITT OHIO EXPRESS, LLC | |
| Defendant | |

WILLIAM F. PIPER, PLC
William F. Piper (P38636)
Attorney for Plaintiff
3275 Cooley Court, Suite 160
Portage, MI 49024
(269) 321-5008
(269) 321-5009 facsimile
wpiper@wpiperlaw.com

The plaintiff Randy Mitchell, by and through his attorney William F. Piper, PLC, for his Complaint, states as follows:

**JURISDICTIONAL ALLEGATIONS**

1. The plaintiff Randy Mitchell is an African American individual who resides in the City of Battle Creek, County of Calhoun, State of Michigan, who is overweight.
2. The defendant is a corporation that did business in the County of Calhoun at all times relevant to this complaint.
3. This complaint arises in part out of the defendants' termination of Mr. Mitchell's employment by it on April 1, 2009.
4. This lawsuit arises in part under the Elliott-Larson Civil Rights Act MCL 37.2101 et seq.
5. This lawsuit involves damages to the plaintiff that exceed $25,000.00.

## COMMON ALLEGATIONS

6. The plaintiff restates and realleges as though fully set forth herein paragraphs 1-5 of this complaint.

7. The defendant hired Mr. Mitchell in March 2007 as a dock worker and forklift driver in its Battle Creek facility.

8. In 2008 the defendant hired Boe Hamblin, who is a white man from Arkansas, as Mr. Mitchell's supervisor.

9. At the time Mr. Hamblin was hired, the defendant employed few African Americans and only 3 or 4 on Mr. Mitchell's shift.

10. Shortly after the defendant hired Mr. Hamblin , he indicated that he could not stand rap music and demanded that employees listen to radio station 107.7, which played classic rock, as opposed to the pop station that played an occasional rap song that the employees had been listening to.

11. Mr. Hamblin then engaged in a profanity-laced tirade against an African American employee because of the radio station matter referenced above, and the African American employee promptly quit because of that racial harassment and intimidation.

12. The defendant thereafter laid off the only other African American employee on Mr. Mitchell's shift, a person whom Mr. Hamblin had harassed and intimidated, leaving Mr. Mitchell as the only African American employee on the shift.

13. Mr. Hamblin previously had assigned the harder, more physical work to the African American employees.

14. Mr. Hamblin thereafter told other employees that he wanted to get rid of Mr. Mitchell, doing so in both 2008 and 2009.

15. Mr. Hamblin told other employees sardonically that he wanted to assign Mr. Mitchell the most physical, arduous labor in order to get him to lose weight, and, in fact, he did assign him this work.

16. Mr. Hamblin frequently called Mr. Mitchell, directly to him and to other employees, derogatory and stereotypical epitaphs, regarding his race or weight or both, including, but not limited to, the following:

a. Monkey;

b. Fat ass;

c. Lazy;

d. Fat and lazy;

e. He runs into the bathroom to take naps;

f. Dumb;

g. Fat;

h. Stupid;

17. Mr. Hamblin was more critical of Mr. Mitchell and other African American workers than white workers.

18. The defendant wrote up Mr. Mitchell for things that white workers did not get written up for.

19. The defendant, including its agent Mr. Hamblin, more critically scrutinized Mr. Mitchell than white workers.

20. Mr. Mitchell complained to Mr. Hamblin's supervisor Shawn Brown and to the defendant's Human Resources department about Mr. Hamblin's racially harassing, intimidating and discriminatory treatment of him, in2008, early 2009 and March 2009, but the defendant did

nothing about it.

21. The defendant terminated Mr. Mitchell on April 1, 2009.

22. The defendant terminated Mr. Hamblin in late April 2009 after a complaint by a white worker.

23. The reason the defendant gave for terminating Mr. Mitchell was a pretext for race and weight discrimination and retaliation.

24. The defendant hired a white person to replace Mr. Mitchell, upon information and belief.

25. As a result of the unlawful discrimination, harassment and retaliation set forth above, the plaintiff has suffered and will continue to suffer a loss of income and benefits, anger, humiliation, emotional distress, a loss of enjoyment of life, and other damages.

**COUNT I – RACE AND WEIGHT DISCRIMINATION AND HARASSMENT**

26. The plaintiff restates and realleges as though fully set forth herein paragraphs 1-25 of this complaint.

27. As a result of the discrimination and harassment set forth above, the plaintiff suffered the damages set forth above, including the loss of his job.

28. The race discrimination and racial harassment set forth above is actionable under 42 USC § 1981 and the Elliott-Larson Civil Rights Act, MCL 37.2101 et seq.

29. The weight discrimination and harassment set forth above is actionable under the Elliott-Larson Civil Rights Act, MCL 37.2101 et seq.

**WHEREFORE,** the plaintiff Randy Mitchell requests a judgment against the defendant that would include back pay; front pay; compensation for all non economic damages; compensation for all consequential and incidental damages; all appropriate equitable relief; punitive damages; costs; interest; attorney's fees under 42 USC § 1988 and under state law; and any other relief this Court

deems fair and just.

## COUNT II – RETALIATORY TERMINATION

30. The plaintiff restates and realleges as though fully set forth herein paragraphs 1-29 of this complaint.

31. The defendant terminated Mr. Mitchell in part because he complained about race and weight discrimination.

32. This claim is actionable under 42 USC § 1981 and under the Elliott-Larson Civil Rights Act, and specifically MCL 37.2701

33. As a result of the retaliation set forth above, the plaintiff suffered the damages set forth above.

**WHEREFORE**, the plaintiff Randy Mitchell requests a judgment against the defendant that would include back pay; front pay; compensation for all non economic damages; compensation for all consequential and incidental damages; all appropriate equitable relief; punitive damages; costs; interest; attorney's fees under 42 USC § 1988 and under state law; and any other relief this Court deems fair and just.

Date: May 10, 2011

WILLIAM F. PIPER, PLC

By: ______________________
William F. Piper (P38636)
Attorney for Plaintiff

STATE OF MICHIGAN
IN THE
37th CIRCUIT FOR THE COUNTY OF CALHOUN

RANDY MITCHELL, an individual

Plaintiff

v

PITT OHIO EXPRESS, LLC

Defendant

HON.: ALLEN L. GARBRECHT

FILE NO.: 11-1546 CZ

**JURY DEMAND**

| | |
|---|---|
| WILLIAM F. PIPER, PLC<br>William F. Piper (P38636)<br>Attorney for Plaintiff<br>3275 Cooley Court, Suite 160<br>Portage, MI 49024<br>(269) 321-5008<br>(269) 321-5009 facsimile<br>wpiper@wpiperlaw.com<br>mclark@wpiperlaw.com | |

NOW COMES the Plaintiff, Randy Mitchell, by and through his attorney WILLIAM F. PIPER, PLC and hereby demands a trial by jury in the above entitled action.

DATED: May 10, 2011

WILLIAM F. PIPER, PLC

By______________________
William F. Piper (P38636)
Attorney for Plaintiff